# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| CARL STRACENER | |
| PLAINTIFF | |
| V. | CASE NO. 4:20CV00822 SWW |
| LONOKE COUNTY SHERIFF, JOHN STALEY, ET AL. | |
| DEFENDANTS | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion to dismiss (*Doc. 12*), reporting that this case has settled.

IT IS THEREFORE ordered that this action is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

IT IS SO ORDERED this 23rd day of December, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE